LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
STEVEN P. SHAW (SBN 242593)
sshaw@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile:  (415) 678-3838

Attorneys for Defendant
CITY OF NEW YORK, MICHAEL MERRILL
MALTIBEN CHUDAVALA
MICHAEL KOTLYAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAUNCEY M. MAHAN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Juan Perez; Miles Cooley; Jordan W. Siev, and The Law Firm of Reed Smith; CITY OF LOS ANGELES, a municipal corporation; Los Angeles Police Department; Officer Shepal, officer; Beth Sheppard, Detective; Tim Torsney, Lieutenant; Harvey Martin, Detective; Any Other Unknown Officers; in their official capacities; CITY OF NEW YORK, a municipal corporation; New York Police Department; Merrill Michael, Sergeant; PAA Chudavala, Officer; Lt. Kotlyard, Lieutenant; Any Other Unknown Officers; in their official capacities,<br><br>                    Defendants. | Case No.: 3:16-cv02024-JST<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Date: November 3, 2016<br>Time: 2:00 p.m.<br>Place Courtroom 9, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA<br><br>Action Filed: April 18, 2016<br>Amended Complaint Filed: April 25, 2016<br><br>Judge: (Hon.) Jon S. Tigar |

## **STIPULATION**

WHEREAS:

1.      Defendants City of New York, Michael Merrill, Maltiben Chudavala and Michael Kotlyar ("City defendants") filed a Motion to Dismiss the First Amended Complaint on September 12, 2016.

2. Plaintiff Chauncey Mahan ("Plaintiff") filed a Motion for Extension of Time to Respond to the City defendants' motion on October 3, 2016.

3. The City defendants did not file an opposition to Plaintiff's Motion for Extension of Time, and on October 5, 2016, the Court granted Plaintiff's request, providing him with an extension until October 17, 2016 to file his opposition to City defendants' motion. Plaintiff then filed his opposition on October 17, 2016.

4. Based on the October 17, 2016 filing date, in accordance with Local Rule 7-3, the City defendants' new deadline for their reply brief is October 24.

5. While the City defendants' have attempted to complete their reply brief by the October 24 deadline, counsel for the City defendants has informed Plaintiff that both the City of New York's Office of Corporation Counsel and outside counsel for defendants had prior commitments scheduled during the week preceding this new October 24 deadline and, accordingly, necessitate a one-week extension of time in order to complete their reply, i.e., until October 31, 2016.

6. Plaintiff has courteously agreed to the City defendants' requested extension.

7. The hearing on City defendants' motion is currently set for November 3, 2016. (The parties defer to the Court regarding whether additional time is needed for a disposition on City defendants' motion.)

NOW, THEREFORE, IT IS STIPULATED AND AGREED that the City of New York Michael Merrill, Maltiben Chudavala and Michael Kotlyar's reply in support of their Motion to Dismiss shall be due on October 31, 2016.

Dated:  October 21, 2016          RENNE SLOAN HOLTZMAN SAKAI LLP

By: /s/ Steven P. Shaw
Steven P. Shaw
Attorneys for Defendants
CITY OF NEW YORK, MICHAEL MERRILL, MALTIBEN CHUDAVALA AND MICHAEL KOTLYAR

Dated: October 21, 2016          CHAUNCEY MAHAN

By: ___/s/ Chauncey M. Mahan_____
Chauncey Mahan
*Pro Se* Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  October 24, 2016

By: _____
The Honorable Jon S. Tigar
United States District Judge