# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAUNCY M. MAHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN PEREZ, *et al*.,<br><br>        Defendants. | Case No. CV 17-01346 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: August 22, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE